Andrew W. Baldwin (Wy. Bar No. 5-2114)
Berthenia S. Crocker (Wy. Bar No. 5-1821)
Kelly A. Rudd (Wy. Bar No. 6-3928)
Janet E. Millard (Wy Bar No. 5-1884)
Baldwin, Crocker & Rudd, P.C.
P.O. Box 1229
Lander, WY  82520
(307) 332-3385
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| NORTHERN ARAPAHO TRIBE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Civil No. 08-CV-215-B |
| SCOTT HARNSBERGER, Treasurer, ) | |
| Fremont County, Wyoming, ) | |
| ) | |
| EDMUND SCHMIDT, Director, ) | |
| Wyoming Department of Revenue and Taxation, & ) | |
| ) | |
| DANIEL NOBLE, Administrator, ) | |
| Excise Tax Division, ) | |
| Wyoming Department of Revenue and Taxation, ) | |
| ) | |
| in their Individual and Official Capacities, and ) | |
| ) | |
| CITY OF RIVERTON, WYOMING, Intervenor, ) | |
| ) | |
| Defendants, ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, and ) | |
| ) | |
| EASTERN SHOSHONE TRIBE, ) | |
| ) | |

Third Party Defendants.                              )

_____

### NOTICE OF APPEAL
_____

Notice is hereby given that the plaintiff, Northern Arapaho Tribe, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting Eastern Shoshone Tribe's Motion to Dismiss (Doc. No. 90); Granting United States' Motion to be Dismissed as a Third-Party Defendant (Doc. No. 93); Granting State Defendants' Second Motion to Dismiss (Doc. 96); and Granting Defendant Harnsberger's Renewal of Motion to Dismiss (Doc. 100) entered on October 6, 2009 (Doc.130); and from the Judgment entered on October 9, 2009 (Doc. 131).

Respectfully submitted this 17th day of November 2009.

        Northern Arapaho Tribe, Plaintiff

        By:      /s/
        Andrew W. Baldwin
        Berthenia S. Crocker
        Kelly A. Rudd
        Janet E. Millard
        Baldwin, Crocker & Rudd, P.C.
        P.O. Box 1229
        Lander, WY  82520
        (307) 332-3385
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appeal was served upon the following by the methods indicated below on the 17th day of November, 2009:

| | | |
|---|---|---|
| Brian T. Varn | [ ] | By Facsimile |
| Jodi A. Darrough | [X] | By U.S. mail, postage prepaid |
| Fremont County Attorney's Office | [ ] | By Hand Delivery |
| 450 North 2nd Street, Room 170 | [ ] | By Overnight Courier |
| Lander, WY  82520 | [X] | Electronic Filing |
| | | |
| Frank D. Neville | [ ] | By Facsimile |
| Scott P. Klosterman | [X] | By U.S. mail, postage prepaid |
| Williams, Porter, et al. | [ ] | By Hand Delivery |
| P.O. Box 10700 | [ ] | By Overnight Courier |
| Casper, WY  82602 | [X] | Electronic Filing |
| fneville@wpdn.net | | |
| sklosterman@wpdn.net | | |
| | | |
| Bruce Salzburg | [ ] | By Facsimile |
| Michael L. Hubbard | [X] | By U.S. mail, postage prepaid |
| David L. Delicath | [ ] | By Hand Delivery |
| Martin Hardsocg | [ ] | By Overnight Courier |
| Wyoming Attorney General's Office | [X] | Electronic Filing |
| 123 Capitol Building | | |
| Cheyenne, WY  82002 | | |
| bsalzb@state.wy.us | | |
| mhubba@state.wy.us | | |
| ddelic@state.wy.us | | |
| mhards1@state.wy.us | | |
| | | |
| Kimberly Varilek | [ ] | By Facsimile |
| Attorney General | [X] | By U.S. mail, postage prepaid |
| Eastern Shoshone Tribe | [ ] | By Hand Delivery |
| P.O. Box 538 | [ ] | By Overnight Courier |
| Fort Washakie, WY  82514 | [X] | Electronic Filing |
| kvarilek@washakie.net | | |

| | | |
|---|---|---|
| Donald R. Wharton | [  ] | By Facsimile |
| Native American Rights Fund | [X] | By U.S. mail, postage prepaid |
| 1506 Broadway | [  ] | By Hand Delivery |
| Boulder, CO  80302 | [  ] | By Overnight Courier |
| wharton@narf.org | [X] | Electronic Filing |
| | | |
| Amy Tryon | [  ] | By Facsimile |
| Patricia Miller | [X] | By U.S. mail, postage prepaid |
| U.S. Dept. of Justice | [  ] | By Hand Delivery |
| Environment & Natural Resources Div. | [  ] | By Overnight Courier |
| Indian Resources Section | [X] | Electronic Filing |
| P.O. Box 44378, L'Enfant Plaza Station | | |
| Washington, DC  20026-4378 | | |
| amy.tryon@usdoj.gov | | |
| patti.miller@usdoj.gov | | |

/s/
Berthenia S. Crocker